Louis F. Teran (SBN 249494)
lteran@slclg.com
SLC LAW GROUP
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Telephone: (818) 484-3217 x200
Facsimile: (866) 665-8877

Attorneys for Defendant,
**Shisha Land Wholesale, Inc.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KALOUD, INC., a California corporation, | CASE NO.: CV15-03706-RGK-(PJWx) |
| | **Hon. Judge R. Gary Klausner** |
| Plaintiff, | **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** |
| vs. | |
| SHISHA LAND WHOLESALE, INC., a California corporation; and DOES 1-10 INCLUSIVE | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

///

-1-
**DEFENDANT'S ANSWER**
**Case No. CV15-03706-RGK-(PJWx)**

Case 2:15-cv-03706-RGK-PJW   Document 11   Filed 06/09/15   Page 2 of 11   Page ID #:53

## ANSWER

Defendant Shisha Land Wholesale, Inc. ("Defendant"), answer Plaintiff Kaloud, Inc.'s ("Plaintiff") Complaint on file herein and admit, deny, and aver as follows:

## JURISDICTION AND VENUE

1. With respect to the allegations of paragraph 1 of the Complaint, Defendant admits only to the extent that the claims listed are the claims raised in this action. Defendant denies any wrongdoing.

2. With respect to the allegations of paragraph 2 of the Complaint, Defendant admits that this Court has subject matter jurisdiction.

3. With respect to the allegations of paragraph 3 of the Complaint, Defendant admits that the venue is proper in this district.

4. With respect to the allegations of paragraph 4 of the Complaint, Defendant admits that this Court has personal jurisdiction over Defendants.

## PARTIES

5. With respect to the allegations of paragraph 5 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

6. With respect to the allegations of paragraph 6 of the Complaint, Defendant denies all allegations.

7. With respect to the allegations of paragraph 7 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## FACTS COMMON TO ALL COUNTS

8. With respect to the allegations of paragraph 8 of the Complaint, Defendant denies all allegations.

9. With respect to the allegations of paragraph 9 of the Complaint, Defendant denies all allegations.

-2-
**DEFENDANT'S ANSWER**
Case No. CV15-03706-RGK-(PJWx)

10. With respect to the allegations of paragraph 10 of the Complaint, Defendant denies all allegations.

11. With respect to the allegations of paragraph 11 of the Complaint, Defendant denies all allegations.

12. With respect to the allegations of paragraph 12 of the Complaint, Defendant denies all allegations.

## DEFENDANTS' UUNLAWFUL ACTIVITIES

13. With respect to the allegations of paragraph 13 of the Complaint, Defendant denies all allegations.

14. With respect to the allegations of paragraph 14 of the Complaint, Defendant denies all allegations.

15. With respect to the allegations of paragraph 15 of the Complaint, Defendant denies all allegations.

16. With respect to the allegations of paragraph 16 of the Complaint, Defendant denies all allegations.

17. With respect to the allegations of paragraph 17 of the Complaint, Defendant denies all allegations.

18. With respect to the allegations of paragraph 18 of the Complaint, Defendant denies all allegations.

19. With respect to the allegations of paragraph 19 of the Complaint, Defendant denies all allegations.

20. With respect to the allegations of paragraph 20 of the Complaint, Defendant denies all allegations.

21. With respect to the allegations of paragraph 21 of the Complaint, Defendant denies all allegations.

## FIRST CAUSE OF ACTION

22. With respect to the allegations of paragraph 22 of the Complaint, Defendant denies all allegations.

23. With respect to the allegations of paragraph 23 of the Complaint, Defendant denies all allegations.

24. With respect to the allegations of paragraph 24 of the Complaint, Defendant denies all allegations.

25. With respect to the allegations of paragraph 25 of the Complaint, Defendant denies all allegations.

26. With respect to the allegations of paragraph 26 of the Complaint, Defendant denies all allegations.

27. With respect to the allegations of paragraph 27 of the Complaint, Defendant denies all allegations.

28. With respect to the allegations of paragraph 28 of the Complaint, Defendant denies all allegations.

29. With respect to the allegations of paragraph 29 of the Complaint, Defendant denies all allegations.

30. With respect to the allegations of paragraph 30 of the Complaint, Defendant denies all allegations.

31. With respect to the allegations of paragraph 31 of the Complaint, Defendant denies all allegations.

## SECOND CAUSE OF ACTION

32. With respect to the allegations of paragraph 32 of the Complaint, Defendant denies all allegations.

33. With respect to the allegations of paragraph 33 of the Complaint, Defendant denies all allegations.

34. With respect to the allegations of paragraph 34 of the Complaint, Defendant denies all allegations.

35. With respect to the allegations of paragraph 35 of the Complaint, Defendant denies all allegations.

36. With respect to the allegations of paragraph 36 of the Complaint, Defendant denies all allegations.

37. With respect to the allegations of paragraph 37 of the Complaint, Defendant denies all allegations.

38. With respect to the allegations of paragraph 38 of the Complaint, Defendant denies all allegations.

39. With respect to the allegations of paragraph 39 of the Complaint, Defendant denies all allegations.

40. With respect to the allegations of paragraph 40 of the Complaint, Defendant denies all allegations.

41. With respect to the allegations of paragraph 41 of the Complaint, Defendant denies all allegations.

42. With respect to the allegations of paragraph 42 of the Complaint, Defendant denies all allegations.

43. With respect to the allegations of paragraph 43 of the Complaint, Defendant denies all allegations.

## THIRD CAUSE OF ACTION

44. With respect to the allegations of paragraph 44 of the Complaint, Defendant denies all allegations.

45. With respect to the allegations of paragraph 45 of the Complaint, Defendant denies all allegations.

46. With respect to the allegations of paragraph 46 of the Complaint, Defendant denies all allegations.

47. With respect to the allegations of paragraph 47 of the Complaint, Defendant denies all allegations.

48. With respect to the allegations of paragraph 48 of the Complaint, Defendant denies all allegations.

49. With respect to the allegations of paragraph 49 of the Complaint, Defendant denies all allegations.

50. With respect to the allegations of paragraph 50 of the Complaint, Defendant denies all allegations.

## FOURTH CAUSE OF ACTION

51. With respect to the allegations of paragraph 51 of the Complaint, Defendant denies all allegations.

52. With respect to the allegations of paragraph 52 of the Complaint, Defendant denies all allegations.

53. With respect to the allegations of paragraph 53 of the Complaint, Defendant denies all allegations.

## FIFTH CAUSE OF ACTION

54. With respect to the allegations of paragraph 54 of the Complaint, Defendant denies all allegations.

55. With respect to the allegations of paragraph 55 of the Complaint, Defendant denies all allegations.

56. With respect to the allegations of paragraph 56 of the Complaint, Defendant denies all allegations.

57. With respect to the allegations of paragraph 57 of the Complaint, Defendant denies all allegations.

58. With respect to the allegations of paragraph 58 of the Complaint, Defendant denies all allegations.

## SIXTH CAUSE OF ACTION

59. With respect to the allegations of paragraph 59 of the Complaint, Defendant denies all allegations.

60. With respect to the allegations of paragraph 60 of the Complaint, Defendant denies all allegations.

61. With respect to the allegations of paragraph 61 of the Complaint, Defendant denies all allegations.

62. With respect to the allegations of paragraph 62 of the Complaint, Defendant denies all allegations.

63. With respect to the allegations of paragraph 63 of the Complaint, Defendant denies all allegations.

64. With respect to the allegations of paragraph 64 of the Complaint, Defendant denies all allegations.

65. With respect to the allegations of paragraph 65 of the Complaint, Defendant denies all allegations.

66. With respect to the allegations of paragraph 66 of the Complaint, Defendant denies all allegations.

67. With respect to the allegations of paragraph 67 of the Complaint, Defendant denies all allegations.

68. With respect to the allegations of paragraph 68 of the Complaint, Defendant denies all allegations.

69. With respect to the allegations of paragraph 69 of the Complaint, Defendant denies all allegations.

## SEVENTH CAUSE OF ACTION

70. With respect to the allegations of paragraph 70 of the Complaint, Defendant denies all allegations.

71. With respect to the allegations of paragraph 71 of the Complaint, Defendant denies all allegations.

72. With respect to the allegations of paragraph 72 of the Complaint, Defendant denies all allegations.

## AFFIRMATIVE DEFENSES

Without admitting any allegations of the Complaint not otherwise admitted, Defendant aver and assert affirmative defenses as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Trademark Invalidity)

73. As a first affirmative defense to each and every cause of action, Defendant alleges that Plaintiff's trademark is invalid.

## SECOND AFFIRMATIVE DEFENSE

### (Non-infringement of trademark)

74. As a first affirmative defense to each and every cause of action, Defendant alleges that Defendant has not infringed any valid and/or enforceable aspect of Plaintiff's alleged trademark.

## THIRD AFFIRAMTIVE DEFENSE

### (Copyright Invalidity)

75. As a first affirmative defense to each and every cause of action, Defendant alleges that Plaintiff's copyright is invalid.

## FOURTH AFFIRMATIVE DEFENSE

### (Non-infringement of Copyright)

76. As a first affirmative defense to each and every cause of action, Defendant alleges that Defendant has not infringed any valid and/or enforceable aspect of Plaintiff's alleged copyright.

## FIFTH AFFIRMATIVE DEFENSE

### (Uncertain/Unmanageable Damages)

77. As a first affirmative defense to each and every cause of action, Defendant alleges that Plaintiff's requested monetary relief is too speculative, remote, and/or impossible to prove and/or allocate.

## SIXTH AFFIRMATIVE DEFENSE

### (Fraud Upon the Trademark Office)

78. As a first affirmative defense to each and every cause of action, Defendant alleges that the relief sought by Plaintiff is barred in whole or in part by Plaintiff's inequitable conduct before the U.S. Trademark Office.

## SEVENTH AFFIRMATIVE DEFENSE
## (Fraud Upon the Copyright Office)

79. As a first affirmative defense to each and every cause of action, Defendant alleges that the relief sought by Plaintiff is barred in whole or in part by Plaintiff's inequitable conduct before the U.S. Copyright Office.

## EIGTH AFFIRMATIVE DEFENSE
## (License and Implied License)

80. As a first affirmative defense to each and every cause of action, Defendant alleges that the relief sought by Plaintiff is barred in whole or in part pursuant to an express and/or an implied license.

## NINTH AFFIRMATIVE DEFENSE
## (Innocent Infringement/ No Willflness)

81. As a first affirmative defense to each and every cause of action, Defendant alleges that Defendant was not aware that its acts constituted infringement or counterfeiting, and had no reason to believe that their acts constituted infringement or counterfeiting.

## TENTH AFFIRMATIVE DEFENSE
## (Failure to Mitigate)

82. As a first affirmative defense to each and every cause of action, Defendant alleges that Plaintiff has suffered no damages and/or has failed to mitigate its damages, if any.

## ELEVENTH AFFIRMATIVE DEFENSE
## (Commercially Reasonable)

83. As a first affirmative defense to each and every cause of action, Defendant alleges that at all times, Defendant acted in a commercially reasonable and lawful manner.

### TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Protect Rights)

84. As a first affirmative defense to each and every cause of action, Defendant alleges that Plaintiff failed to protect and/or enforce its alleged rights.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

85. As a first affirmative defense to each and every cause of action, Defendant alleges that Plaintiff, by conduct, representations, and/or omissions, has waived, relinquished and/or abandoned its rights, and is equitably estopped from asserting, any claim for relief against Defendant with respect to each purported cause of action contained therein.

### FORTEENTH AFFIRMATIVE DEFENSE

### (Reservation)

86. As a first affirmative defense to each and every cause of action, Defendant alleges that Defendant currently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional affirmative defenses in the event that the discovery indicates it would be appropriate.

DATED: June 8, 2015

By:_____

Louis F. Teran

Attorney for Shisha Land Wholesale, Inc.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: June 8, 2015

By:_____
Louis F. Teran
Attorney for Shisha Land Wholesale, Inc.