1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  KALOUD, INC.,                    )   CASE NO. 5:15-cv-3706-RGK-PJW
                                     )
11                 Plaintiff,        )
                                     )   [~~PROPOSED~~] ORDER VACATING ORDER
12          v.                       )   DENYING PLAINTIFF'S *EX PARTE*
                                     )   APPLICATION
13  SHISHA LAND WHOLESALE, INC.;     )
    AND DOES 1-10 INCLUSIVE,         )
14                                   )
                   Defendants.       )
15  _____)

16      The Court hereby vacates its previous order, Doc. No. 32,

17  regarding Plaintiff's *ex parte* application for discovery and monetary

18  sanctions against Defendant Shisha Land Wholesale, Inc. and refers the

19  matter to the magistrate judge.

20      IT IS SO ORDERED.

21      DATED:  March 11, 2016.

22

23                              _____
                                R. GARY KLAUSNER
24                              UNITED STATES DISTRICT JUDGE

25  Presented by:

26

27  _____
    PATRICK J. WALSH
28  UNITED STATES MAGISTRATE JUDGE

    C:\Users\swilliam\AppData\Local\Temp\notesC7A056\Ord_vacating discovery.wpd