Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile:  (310) 943-2085

Attorneys for Plaintiff,
KALOUD. INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALOUD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHISHA LAND WHOLESALE, INC., a California corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:15-cv-03706-RGK-PJW<br>Hon. R. Gary Klausner<br><br>**JOINT WITNESS LIST**<br><br>**Pretrial Conference**<br>Date:  May 16, 2016<br>Time:  9:00 a.m.<br>Crtrm: 850<br><br>**Jury Trial**<br>Date:  May 31, 2016<br>Time:  9:00 a.m.<br>Crtrm: 850 |

**JOINT WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), Local Rule 16-5, and this Court's Order for Jury Trial dated September 28, 2015, the Parties identify the following witnesses that they intend to call at trial[1]:

| Witness and How they May be Reached | Brief Statement of Testimony | Why Testimony is Unique | Time Estimate |
|---|---|---|---|
| Reza Bavar, who may be reached through One LLP; 310-437-8665 | Kaloud's business operations; use and ownership of Kaloud's trademarks; effect of counterfeiting on Kaloud and customers; inspection of accused product and comparison to authentic product; hookah business space, marketplace of products and knock offs, infringement impact. | Mr. Bavar is the owner of Kaloud and person most knowledgeable of Kaloud's use and ownership of its trademarks as well as the effect of counterfeiting on Kaloud. Mr. Bavar is intimately familiar with the authentic Kaloud Lotus and can provide information about its quality and compare to accused products. | Plaintiff's estimate for both sides: 2-2.5 hours; Defendant's estimate for both sides: 4-4.5 hours |
| Thomas Tolleson, who may be reached through One LLP; 310-437-8665 | Spectrographic testing of the accused product and of the authentic product; Differences between accused and authentic product. | Mr. Tolleson is Kaloud's designated expert and will explain spectrographic analysis as well as the results of the tests relating to the accused and accused product. | Plaintiff's estimate for both sides: 1 hour; Defendant's estimate for both sides: 3 hours |

---

[1] Because the Court's Order does not indicate for parties to lodge objections to witnesses in the Joint Witness List, the parties have not done so here. But the parties reserve their rights to object to given witnesses and this filing is not intended to waive any such objections.

1
**JOINT WITNESS LIST**

| | | | |
|---|---|---|---|
| Arthur Marashyan, who is believed to be reached at arthur@signaturehookah.com; (818)-446-8055 EXT 111; 8660 Foothill Blvd, Sunland-Tujunga, CA 91040. | Purchase of the accused product from Defendant; communications with Sam Marjiya at the time of sale. | Mr. Marashyan purchased the product from Defendant and will testify as to representations made to him by Defendant. | Both sides estimate a total of 1.5-2 hours. |
| Sam Marjiya, who may be reached through counsel for Shisha Land Wholesale, Inc. | Sale of the accused product to Mr. Marashyan; Communications with "Ravi Hookah"; Representations made to Mr. Marashyan; Defendant's purchasing practices, business operations, and polices, revenue and expenses, vendors and customers. | Mr. Marjiya sold the accused product to Mr. Marashyan and will testify as to the circumstances of the transaction; Mr. Marjiya is part owner of Defendant and will testify as to the practices of polices of the Defendant. | Plaintiff's estimate for both sides: 2 hours; Defendant's estimate for both sides: 4-4.5 hours |
| Bassam Marjiya, who may be reached through counsel for Shisha Land Wholesale, Inc. | Defendant's business operations, inventory, accounting systems, invoicing, purchasing practices, business operations, and polices, revenue and expenses, vendors and customers. | Mr. Marjiya will testify as to the policies and practices of Defendant, including its accounting system and purchasing and sales practices as well as its vendors and customers. | Plaintiff's estimate for both sides: 2 hours; Defendant's estimate for both sides: 4-4.5 hours |
| Representative of RAVI HOOKAH | Defendant's acquisition of accused product, source of accused | RAVI HOOKAH sold the accused product to Defendant. The | Both sides estimate a total of 2-2.5 hours. |

| | product, sale of accused product, RAVI HOOKAH'S supplier, authenticity of accused product. | representative of RAVI HOOKAH will testify as to the source and authenticity of the accused products. | |

Dated: April 25, 2016     **ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Attorneys for Plaintiff,
Kaloud, Inc.

Dated: April 25, 2016     **SLC LAW GROUP**

By: /s/ Louis F. Teran
Louis F. Teran
Attorneys for Defendant,
Shishaland Wholesale, Inc.