Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse  Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile:  (310) 943-2085

Attorneys for Plaintiff,
KALOUD. INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALOUD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHISHA LAND WHOLESALE, INC., a California corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:15-cv-03706-RGK-PJW<br>Hon. R. Gary Klausner<br><br>**PLAINTIFF KALOUD, INC.'S [PROPOSED] VOIR DIRE QUESTIONS**<br><br>**Pretrial Conference**<br>Date:  May 16, 2016<br>Time:  9:00 a.m.<br>Crtrm: 850<br><br>**Jury Trial**<br>Date:  May 31, 2016<br>Time:  9:00 a.m.<br>Crtrm: 850 |

**[PROPOSED] VOIR DIRE QUESTIONS**

Pursuant to the Order for Jury Trial, Docket 19, Plaintiff Kaloud, Inc. hereby submits the following proposed questions for *voir dire*:

1. Do you or any of your close friends or family members smoke?
2. Do you or any of your close friends or family members smoke hookah?
3. Have you or any of your close friends or family members gotten sick or had any health ramifications from smoking?
4. Have you or any of your close friends or family members purchased any sort of fake or counterfeit product?
5. Have you or any of your close friends or family members gotten sick or had any health ramification from using a fake or counterfeit product?
6. [Only if Plaintiff's Motion in Limine is denied] Do you know of an attorney who was disciplined by a state bar, such as the California State Bar?
7. [Only if Plaintiff's Motion in Limine is denied] For those who responded "yes" to Question 7, what was your understanding of the reason the attorney was disciplined by a State Bar?  How was s/he disciplined?
8. [Only if Plaintiff's Motion in Limine is denied] What was your relationship with the attorney who was disciplined by a State bar?

Dated:  May 9, 2016

**ONE LLP**

By: */s/ Joanna Ardalan*
    Joanna Ardalan
    Peter R. Afrasiabi
    Attorneys for Plaintiff,
    Kaloud, Inc.