FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALOUD, INC., | Case No. CV 15-03706-RGK (PJWx) |
| Plaintiffs, | |
| v. | **VERDICT** |
| SHISHA LAND WHOLESALE, INC., | |
| Defendants. | |

We, the jury in the above entitled action find as follows:

1. Has plaintiff proven by clear and convincing evidence that defendant's infringement was willful?

    __✓__ YES      _____ NO

2. How much in damages do you award plaintiff per infringed mark?

    $ __400,000__
    Amount per mark

    $ __400,000__ x 5 marks = $ __2,000,000__
    Amount per mark                Total damages awarded

Signed this __8th__ day of June, 2016 at Los Angeles, California.

**REDACTED**