UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT

JUN - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

KALOUD, INC.                        ,           )        CASE NO:  CV 15-03706-RGK
                                                )
                    Plaintiff(s),               )        JURY NOTE NUMBER ___1___
       -vs-                                     )
                                                )        Today's Date: 6/8/16
SHISHA LAND WHOLESALE, INC.                     )
                                                )
                                                )
                    Defendant(s).               )
_____)


     ✓        THE JURY HAS REACHED AN UNANIMOUS VERDICT

     ___      THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

**REDACTED**

SIG