**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KALOUD, INC.<br><br>PLAINTIFF(S)<br>v.<br>SHISHA LAND WHOLESALE, INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 15-03706-RGK (PJWx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

    This action came on for jury trial, the Honorable  R. GARY KLAUSNER  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

KALOUD, INC.

recover of the defendant(s):

SHISHA LAND WHOLESALE, INC.

the sum of  $1,200,000.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

                                                       Clerk, U. S. District Court

Dated:  07/11/2016                           By  S. Williams
                                                              Deputy Clerk

At:  Los Angeles, CA

cc: *Counsel of record*