UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-CV-03706-RGK-PJW | Date | August 22, 2016 |
|---|---|---|---|
| Title | *Kaloud, Inc. v. Shisha Land Wholesale, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Re: Plaintiff's Motion for Attorney's Fees (DE 126)

Plaintiff has filed a motion for attorney's fees. However, in light of the Court's orders reversing summary judgment and vacating the damages award, Plaintiff is no longer the prevailing party. For this reason, the Court **DENIES** Plaintiff's request.

**IT IS SO ORDERED.**

                                                                                                              :
                                           Initials of Preparer