Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile:  (310) 943-2085

Attorneys for Plaintiff,
KALOUD. INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALOUD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHISHA LAND WHOLESALE, INC., a California corporation; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:15-cv-03706-RGK-PJW<br>Hon. R. Gary Klausner<br><br>**ORDER GRANTING MOTION FOR PERMANENT INJUNCTION**<br><br>Date: August 22, 2016<br>Time: 9:00 a.m.<br>Crtm: 850 |

The Court, having read and considered the parties' submissions in connection with Plaintiff Kaloud, Inc.'s Motion for Permanent Injunction and having considered the arguments of counsel thereon, hereby **GRANTS** the motion as follows:

## PERMANENT INJUNCTION ORDER

Defendants and employees, directors, owners, officers, managers, and agents are prohibited from offering for sale, selling, importing or distributing any product that bears the "Kaloud" or Kaloud "Lotus" name and/or trademark, including the stylized logo of Reg. No. 4762725 and Kaloud Lotus trade dress, or from stating expressly or impliedly in any communication or advertisement that any product is sponsored with, affiliated by or sourced from Kaloud, or from using or facilitating the use of, in any manner "Kaloud" or "Kaloud Lotus" name and/or trademark, including the stylized logo of Reg. No. 4762725 or the Kaloud Lotus trade dress, unless that product is an authorized Kaloud product.

**IT IS SO ORDERED.**

Dated: August 22, 2016

_____
Hon. R. Gary Klausner
United States District Judge